**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROBERTO S. C., | ) | NO. ED CV 19-873-E |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| ANDREW SAUL, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that Defendant's motion for summary judgment is granted and judgment is entered in favor of Defendant.

DATED: February 6, 2020.

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　CHARLES F. EICK
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE